IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

**JACK KENNEDY**

       **Plaintiff,**

v.                                        CV 08-PT-2334-M

**EXPERIAN INFORMATION
SOLUTIONS, INC.**

       **Defendant.**

## DISMISSAL ORDER

This cause comes before the court on the Plaintiff's Motion to Voluntary Dismiss Claims Against Experian Information Solutions, Inc. Only filed on October 26, 2009. The motion is **GRANTED.** All claim(s) of plaintiff against Experian Information Solutions, Inc. are **DISMISSED, WITH PREJUDICE**; costs taxed as paid. All claim(s) against any remaining defendants not previously dismissed remain in effect.

**DONE** and **ORDERED** this the 27th of October, 2009.

_/s/ Robert B. Propst_
**ROBERT B. PROPST**
**SENIOR UNITED STATES DISTRICT JUDGE**